**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMADOR CASTRO ALKAZAR,<br>Plaintiff,<br>v.<br>CDCR, et al.,<br>Defendants. | Case No.: 1:26-cv-01586 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 13) |

Amador Castro Alkazar is a state prisoner proceeding pro se and in forma pauperis in this civil action filed pursuant to 42 U.S.C § 1983. Plaintiff indicates his claims against the CDCR, Kern Medical Center, and Bakersfield Police Department include: stalking, harassment, criminal threats, rape, manipulation, pornography, terrorist attacks, vandalism, theft, shooting, stabbing, identity theft, hate crimes, robbery, assault, deleted medical records, and defamation of character. (Doc. 1 at 4-6.)

The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915 and found the "complaint fails to comply with Federal Rule of Civil Procedure 8(a)" and did not include a cognizable claim. (Doc. 11 at 3.) The magistrate judge granted leave to amend and directed Plaintiff to file any amended complaint within 30 days or notify the Court if he wished to stand on the complaint. (*Id.*) Plaintiff did not respond to the Screening Order or otherwise communicate with the Court.

After Plaintiff did not file any response, the magistrate judge issued Findings and Recommendations, reiterating the findings in the Screening Order. (Doc. 13 at 2-4.) In addition, the magistrate judge found Plaintiff failed to prosecute the action and failed to obey the Court's order. (*Id.* at 4.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza,* 291 F.3d 639, 642 (9th Cir. 2002). (*Id.* at 4-5.) Therefore, the magistrate judge recommended dismissal "without prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order." (*Id.* at 5.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 30 days. (Doc. 13 at 5.) The Court advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued May 28, 2026 (Doc. 13) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 14, 2026

UNITED STATES DISTRICT JUDGE